FILED

01/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0632

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0632

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

   v.                                   O R D E R

GREGORY M. SMITH,

     Defendant and Appellant.

_____

     Upon consideration of Appellant's Unopposed Motion for Extension of Time, and good cause shown, Appellant is hereby granted an extension of time until February 5, 2021, within which to file and serve his reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 6 2021